# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1696

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| | * | Western District of Arkansas. |
| v. | * | |
| | * | [UNPUBLISHED] |
| David D. Aguirre, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: September 11, 2003
Filed: September 16, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

In this direct appeal following his conditional guilty plea to a drug charge, David Aguirre challenges the district court's[1] denial of his motion to suppress evidence. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that denial of the motion to suppress was proper for the reasons

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

explained by the district court.  See United States v. Morgan, 270 F.3d 625, 630 (8th Cir. 2001) (standard of review), cert. denied, 537 U.S. 849 (2002).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.